**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CRAIG LAYMAN,

Plaintiff,

v.

MINNESOTA DEPARTMENT OF NATURAL RESOURCES, COUNTY OF RAMSEY, and WHITE BEAR TOWNSHIP,

Defendants.

Civil No. 01-1873 (DWF/SRN)

**ORDER OF REFERENCE**

---

Craig Layman, *Pro Se*, P.O. Box 270162, St. Paul, MN 55127, Plaintiff.

Song Lo Fawcett, Esq., Kelly & Fawcett, 2350 US Bankcorp Piper Jaffray Plaza, 444 Cedar Street, St. Paul, MN 55101, counsel for Defendant White Bear Township.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant White Bear Township's Motion to Dismiss (Docket No. 9) is referred to Magistrate Judge Susan Richard Nelson.

If other preliminary motions to dismiss are filed, this referral order will be deemed to cover all. Counsel are directed to call and schedule the motion with Calendar Clerk Beverly Riches at 651-848-1200.

Dated: January 2, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed JAN 0 2 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______