UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Craig Layman,

Plaintiff,

vs.

Minnesota Department of Natural Resources, Ramsey County and White Bear Township,

Defendants.

Civil File No. 01-1873 (DWF/SRN)

**ORDER FOR DISMISSAL**

Based upon the Stipulation for Dismissal executed by the Parties, it is hereby ordered that the above-captioned matter is dismissed with prejudice and on the merits without costs to any party.

Dated: 2/20/02

By the Court:

DONOVAN W. FRANK
Judge of U.S. District Court

AG: #540545-v1

FEB 2 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Craig Layman,

Plaintiff,

vs.

Minnesota Department of Natural Resources, Ramsey County and White Bear Township,

Defendants.

Civil File No. 01-1873 (DWF/SRN)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Craig Layman, *pro se*, and named Defendants Minnesota Department of Natural Resources and White Bear Township ("Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree that Plaintiff's Complaint be dismissed against Defendants on its merits with prejudice.[1] This Stipulation of Dismissal is made pursuant to Fed. R. Civ. P. 41(a).

Plaintiff Craig Layman and Defendants expressly agree that no party is liable to the others for any costs, disbursements, attorneys' fees, or any other amounts. The parties jointly request this Court to enter an order dismissing the above-entitled matter against Defendants on its merits with prejudice.

[1] Plaintiff states in his handwritten request for Voluntary Dismissal dated January 9, 2002, attached hereto, that Ramsey County was never served in this matter. Accordingly, Ramsey County has not joined in this Stipulation.



FILED
RICHARD
JUDG

PLAINTIFF

Craig Layman, *Pro se*
P.O. Box 270162
St. Paul, MN 55127
(612) 670-9047

Dated: 2-5-02

DEFENDANTS

MIKE HATCH
Attorney General
State of Minnesota

JOAN M. EICHHORST
Assistant Attorney General
Atty. Reg. No. 0285274

445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2127
(651) 296-0697 (Voice)
(651) 296-1410 (TTY)

ATTORNEYS FOR DEFENDANT MINNESOTA DEPARTMENT OF NATURAL RESOURCES

Dated: 2/15/02

SONG LO FAWCETT
Kelly & Fawcett, P.A.
Atty. Reg. No. 267545

2350 U.S. Bancorp Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 224-3781

ATTORNEYS FOR DEFENDANT WHITE BEAR TOWNSHIP

Dated: 2-13-2002

AG: #540530-v1

United States District Court
District of Minnesota

Craig Layman
Plaintiff

vs

Minnesota Department of Natural Resources
Ramsey County
White Bear Township
Defendants

Civil 01-1873(DWF/SRN)

Voluntary Dismissal

This letter serves as a notification to the above referenced defendants of a voluntary dismissal of the case – Civil 01-1873(DWF/SRN) brought by Craig Layman, plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1).

I have had contact with representatives for Minnesota Department of Natural Resources and White Bear Township, and they have agreed with signing of the dismissal. Note, Ramsey County was never properly served with the original complaint.

RECEIVED
JAN 1 4 2002
By

Dated January 9, 2002

Craig Layman
P.O. Box 270162
St. Paul, MN 55127
612-670-9047